**Exhibit A to the Complaint**

**Location:** Downingtown, PA  **IP Address:** 173.49.78.106
**Total Works Infringed:** 42  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 63D85F8FE2921428995C90ACE057205213163B42 | Blacked | 12/22/2017 21:02:43 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 2 | 0437257AAD91BE7EE769B580E3A7EFCA2FBA6CC5 | Blacked | 07/23/2017 13:03:33 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 3 | 0CDF86A602518C7F1A31CC13B95B33DA27AB3E08 | Vixen | 05/10/2017 13:32:28 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 4 | 0DD5E0CA1A0C69884033049F7172BED08A279A91 | Vixen | 12/16/2017 14:24:41 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 5 | 107612C476930A51D89F74ED85B69D536C61D952 | Vixen | 11/16/2017 17:17:59 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 6 | 21D3700D91A9A538FF8D94300B85D6A482220565 | Vixen | 12/21/2017 13:25:06 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 7 | 278FA8402D54EC03A89CDE4768A479D1465B2D4B | Vixen | 08/08/2017 13:06:03 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 8 | 2CEA82C6565500A67AA28B6E858B7BD104658DA5 | Blacked | 10/03/2017 13:14:53 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 9 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 12/02/2017 12:59:12 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 10 | 4100E5E7CB23BBE12DB5373112A2A31400BA8729 | Blacked | 09/29/2017 12:51:04 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 11 | 44943F07B9E0C7D1E1E9B164C683075B49EA5103 | Vixen | 11/11/2017 13:33:11 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 12 | 4B1C6C7F3650B7D808425C0B789E1A25376C84BE | Vixen | 11/21/2017 14:23:19 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 13 | 4F7139C846BE05C351E2480631BBC349C6E66359 | Vixen | 01/02/2018 13:50:41 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 14 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 08/09/2017 12:43:53 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 15 | 6129F5C45914998ECC6D32BBA53E60026D0ED761 | Blacked | 01/06/2018 13:57:47 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 16 | 634381318D1D22169D9CBA70B16D54632B3BD101 | Vixen | 10/27/2017 17:14:18 | 10/26/2017 | 11/15/2017 | 16013255040 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 64A59E0155A476F1729AFE2417387FE8737CF0C4 | Blacked | 07/05/2017 12:38:53 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 18 | 6CA8A9009A2A5C92F445BC0EFBD8437AE4F2B285 | Vixen | 08/08/2017 14:34:58 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 19 | 7612E62FD8712DE8120210701A8C3AF69502BF9E | Vixen | 05/21/2017 20:41:27 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 20 | 79ACDB211912A918F2CB98666BAEC68D42964C4D | Vixen | 06/09/2017 12:46:54 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 21 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/19/2017 13:07:58 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 22 | 7B4C2D8B505D136B46DCB0762B92A7194464244C | Vixen | 09/12/2017 11:42:20 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 23 | 8BD8A32C652E3385C1884BBF8CFF1C2D8D27D7BA | Vixen | 07/14/2017 15:04:14 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 24 | 8D1B1A63081E7830E2D5AAE52EDB282BD9B621D6 | Blacked | 05/11/2017 12:34:49 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 25 | 98153548043304286256OA17C31FDF7BFC937CA2 | Blacked | 05/26/2017 12:35:45 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 26 | 9BBF523E29ED9D7A7D69991E31216F0DCAC9D35A | Vixen | 07/05/2017 15:49:04 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 27 | A3BB1E2ECC4AD4E28AF034ED30B008D1BDC5E1DA | Vixen | 09/02/2017 12:58:35 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 28 | A92F9D314D0018E679B15D122C8271C63C86598A | Vixen | 12/11/2017 14:38:48 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 29 | AB03EDEBCF77AB011BEC773EEC41EBFAA82BEB93 | Vixen | 06/29/2017 12:29:03 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 30 | AE99078133EB9BE953B7BC89598C4F251C5883DE | Blacked | 07/30/2017 11:29:15 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 31 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 09/23/2017 09:41:38 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 32 | B4FC2280092E23C15AC5504F8903203E8A2EFF07 | Vixen | 10/02/2017 15:25:32 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 33 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 11/29/2017 13:28:02 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 34 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 09/13/2017 14:10:00 | 09/12/2017 | 09/20/2017 | PA0002052846 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | D1316AB477E80BDC9FEF28DD4412219B33366E37 | Vixen | 07/14/2017 14:52:44 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 36 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/10/2017 13:01:23 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 37 | DB67E568855551A51F19564B6FD9FFDC455D2426 | Vixen | 06/04/2017 13:31:12 | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 38 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/12/2017 13:55:38 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 39 | DFBAA1C866DF02E6D565BE54944F1BE750268AF3 | Blacked | 12/07/2017 14:15:16 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 40 | E7AC4340C71FE60229D981375D1E7AA3EA7351AE | Blacked | 05/16/2017 12:16:15 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 41 | E80327AE9469BCEC32A4EA5FB7506FF53776AC8B | Tushy | 09/19/2017 13:45:45 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 42 | FD802FEC62F3CCA171872B3588DFB464F9217C69 | Blacked | 05/22/2017 00:06:37 | 05/20/2017 | 06/22/2017 | PA0002039289 |